UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY         :
COMMISSION,                          :         FILED ELECTRONICALLY
                                     :
             **Plaintiff,**       :
                                     :         No. 08-CV-0706 (A)(M)
                                     :
       –against-                    :
                                     :
STERLING JEWELERS INC.,              :
                                     :
            **Defendant.**      :
-------------------------------------------------------------X

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff Equal Employment Opportunity Commission ("EEOC"), a United States agency, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Final Judgment entered on March 11, 2014 (ECF No. 393) dismissing the EEOC's lawsuit.

Dated:  May 12, 2014
        Newark, New Jersey

                                            Respectfully submitted,

                                            EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISSION
                                            <u>s/Jeffrey Burstein</u>
                                            Jeffrey Burstein
                                            Senior Trial Attorney
                                            Equal Employment Opportunity
                                            Commission
                                            Newark Area Office
                                            One Newark Center, 21st Floor
                                            Newark, N.J. 07102
                                            (973) 645-2267
                                            jeffrey.burstein@eeoc.gov