UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EQUAL EMPLOYMENT OPPORTUNITY      :     No. 08-CV-0706-RJA-MJR
COMMISSION,

              Plaintiff,

       v.

STERLING JEWELERS INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION

This Stipulation ("Stipulation") is entered into between and among the parties, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Sterling Jewelers Inc. ("Sterling") (collectively, the "Parties").

**WHEREAS,** the Parties are in the process of negotiating the orderly completion of the reporting requirements of Employment Practices Expert Dr. Nancy Tippins and all terms and conditions of the Amendment to and Extension of the Consent Decree in the Litigation (Dkt. 437), and agree that tolling the expiration of the Amendment's expiration date of November 4, 2021 is appropriate to support the Parties' good faith negotiation, and agree as follows:

1.     The Parties stipulate and agree that the expiration of the Consent Decree, as amended, and all deadlines for the Employment Practices Expert to produce any reports shall be tolled for a period of 30 days after this Stipulation is approved by the Court.

2.     This Stipulation will terminate automatically after the initial 30-day tolling period, unless it is extended by mutual written agreement of the Parties.  This Stipulation may also be

64911460v.5

terminated by either party at any time upon 5-days' written notice via email to the undersigned

for any reason.

3.      Entering into this Agreement does not constitute a waiver of any right or admission of

any liability under the Parties' Consent Decree.

**SO AGREED:**

October 22, 2021                                       October 22, 2021


U.S. EQUAL EMPLOYMENT                  MORGAN, LEWIS, & BOCKIUS LLP
OPPORTUNITY COMMISSION

*Jeffrey Burstein*                                      *Ashley Hale*

Jeffrey Burstein                                       Ashley J. Hale
jeffrey.burstein@eeoc.gov                       ashley.hale@morganlewis.com
Sebastian Riccardi                                   101 Park Avenue, New York, NY 10178-0060
sebastian.riccardi@eeoc.gov                    Telephone: (212) 309-6000
New York District Office                          Facsimile: (212) 309-6001
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (929) 506-5340                      Michael J. Banks (*pro hac vice application*
Facsimile: (212) 336-3623                        *pending*)
                                                              michael.banks@morganlewis.com
                                                              Sarah E. Bouchard (*pro hac vice application*
                                                              *pending*)
                                                              sarah.bouchard@morganlewis.com
                                                              W. John Lee (*pro hac vice application pending*)
                                                              w.john.lee@morganlewis.com
                                                              Eric C. Kim (*pro hac vice application pending*)
                                                              eric.kim@morganlewis.com
                                                              1701 Market Street
                                                              Philadelphia, PA 19103-2921
                                                              Telephone: (215) 963-5000
                                                              Facsimile: (215) 963-5001

                                                              BARNES & THORNBURG LLP
                                                              Christina M. Janice
                                                              christina.janice@btlaw.com
                                                              One North Wacker Drive, Suite 4400
                                                              Chicago, IL 60606-2833
                                                              Telephone: (312) 214-4802
                                                              Facsimile: (312) 759-5646

SO ORDERED, ADJUDGED, AND DECREED this _3_ day of _nov._, _21_.

United States District Judge Richard J. Arcara

3

64911460v.5