UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY       :   No. 08-CV-0706-RJA-MJR
COMMISSION,                                                    :
                                                               :
                **Plaintiff,**             :
                                                               :
  - against -                                           :
                                                               :
STERLING JEWELERS INC.                                :
                                                               :
                **Defendant.**            :
-------------------------------------------------------------X

## JOINT MOTION TO APPROVE SECOND AMENDMENT TO AND EXTENSION OF THE TERM OF THE CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant Sterling Jewelers Inc. jointly move, through the undersigned counsel, that this Court approve the attached Second Amendment To And Extension Of The Term Of The Consent Decree (the "Second Amendment"), which has been signed and approved by the parties. The Second Amendment states that the Court shall retain continuing jurisdiction to enforce its provisions.

WHEREFORE, the parties jointly request that the Court grant the motion.

                              Respectfully submitted,

Dated: April 15, 2022         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                              By: /s/ *Jeffrey Burstein*
                              Jeffrey Burstein
                              Regional Attorney
                              Equal Employment Opportunity Commission
                              New York District Office
                              33 Whitehall Street, 5th Floor
                              New York, New York 10004

                              *Attorneys for Plaintiff*

MORGAN, LEWIS, & BOCKIUS LLP

By: /s/ Ashley J. Hale_____
Ashley J. Hale
ashley.hale@morganlewis.com
101 Park Avenue, New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Michael J. Banks (admitted *pro hac vice*)
michael.banks@morganlewis.com
Sarah E. Bouchard (admitted *pro hac vice*)
sarah.bouchard@morganlewis.com
W. John Lee (admitted *pro hac vice*)
w.john.lee@morganlewis.com
Eric C. Kim (admitted *pro hac vice*)
eric.kim@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

BARNES & THORNBURG LLP
Christina M. Janice
christina.janice@btlaw.com
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4802
Facsimile: (312) 759-5646

*Attorneys for Defendant*